1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  PEGGY SASSO, Bar #228906
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561

   Attorney for Defendant
   TAD PATRICK MOORE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 6:11-mj-00099 MJS |
|---|---|
| Plaintiff, | ) REQUEST FOR TRAVEL ASSISTANCE |
| | ) PURSUANT TO 18 U.S.C § 4285; |
| v. | ) ORDER THEREON |
| TAD MOORE, | ) Date: May 10, 2012 |
| | ) Time: 1:30 p.m. |
| Defendant. | ) Judge: Hon. Michael J. Seng |

Mr. Moore, through his undersigned counsel, hereby requests that, pursuant to 18 U.S.C. § 4285, this Court direct the United States Marshal to furnish him with the cost of round-trip privately owned vehicle mileage (POV) reimbursement from Hollywood, California to Fresno, California, so that he may travel to Fresno to attend his court appearance on May 10, 2012, which is anticipated to be a change of plea and sentencing. Additionally, Mr. Moore requests the United States Marshal provide him with subsistence expenses for this travel period not to exceed the amount authorized as per diem allowance for travel under 5 U.S.C. §5702(a). 18 U.S.C. § 4285.

Mr. Moore has been found to be indigent and eligible for appointed counsel. He has been homeless for approximately three years, and unemployed for approximately two years. As an indigent defendant he is unable to afford to travel from his residence in Hollywood, California to his required court

////

////

appearance in Fresno, California without financial assistance.  He therefore respectfully requests the Court direct that those expenses be paid as contemplated by 18 U.S.C. § 4285.

DATED: April 5, 2012

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender


/s/ Peggy Sasso
PEGGY SASSO
Assistant Federal Defender
Attorney for Tad Moore

**ORDER**

A Request For Travel Assistance having been made to this Court, and good cause appearing therefore, IT IS HEREBY ORDERED pursuant to the provisions of Title 18 U.S.C. § 4285 that the United States Marshal shall provide Mr. Moore, defendant on bond, with reasonable pre-paid round-trip travel arrangements, or provide the cost of round-trip travel reimbursement, for travel from Hollywood, California to Fresno, California so that he may appear before United States Magistrate Judge Michael J. Seng on Thursday, May 10, 2012 at 10:00 a.m. at the United States District Court located at 2500 Tulare Street, Fresno, California.  This order includes transportation fare and subsistence expenses not to exceed the amount authorized as a per diem allowance for travel under 5 U.S.C. § 5702(a).  Such expenses shall be paid by the U.S. Marshal out of funds authorized by the Attorney General for such expenses.

IT IS SO ORDERED.

Dated:   April 5, 2012            /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE